# Court of Appeals
# of the State of Georgia

ATLANTA,   August 17, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0021.  CARTERSVILLE RANCH LLC v. JAMES R. DELLINGER, JR.**

Cartersville Ranch LLC appeals the superior court's order disposing of several motions, including defendant James Dellinger, Jr.'s motion to cancel a conservation easement, in this dispute over the legal ownership of mineral rights to land located in Bartow County.  We lack jurisdiction.

The Georgia Constitution grants the Supreme Court general appellate jurisdiction over "[a]ll equity cases."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (2).  "'[E]quity cases' are those in which a substantive issue on appeal involves the legality or propriety of equitable relief sought in the superior court – whether that relief was granted or denied."  *Durham v. Durham*, 291 Ga. 231, 232 (2) (728 SE2d 627) (2012) (punctuation omitted).  Here, the appellate challenge to the cancellation of the conservation easement appears to center on "the legality or propriety of equitable relief sought in the superior court" by Dellinger, as the court granted his motion on the ground that "[e]quity should not . . . allow" the easement to thwart efforts to mine the property.  See id. (punctuation omitted).  Moreover, the ultimate responsibility for determining appellate jurisdiction is vested in the Supreme Court. See *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996).  Consequently, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*_____08/17/2016_____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*